

# Fourth Court of Appeals
## San Antonio, Texas

August 31, 2015

No. 04-15-00267-CV

Dolores **REYNOSO** and Juan Reynoso,
Appellant

v.

**LOFT CONCEPTS, INC.,**
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2015CV00936
Honorable David J. Rodriguez, Judge Presiding

## O R D E R

On August 14, 2015, we ordered appellants to file by August 24, 2015 an amended brief that contained citations to the record in support of the facts asserted in the statement of the case, statement of facts, and argument. *See* TEX. R. APP. P. 38.1(d), (g), (i). No amended brief has been filed.

Appellants are advised that if an amended brief correcting the cited deficiencies is not filed by **September 10, 2015**, this appeal will be dismissed. *See* TEX. R. APP. P. 38.9(a), 38.8(a).

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of August, 2015.

_____
Keith E. Hottle
Clerk of Court